# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# LITTLE ROCK DIVISION

MATT RING *et al.*                                                                                         PLAINTIFFS

V.                                    4:14CV00044 JMM/HDY

SCOTT BRADLEY *et al.*                                                                              DEFENDANTS

## PROPOSED FINDINGS AND RECOMMENDATIONS

## INSTRUCTIONS

The following recommended disposition has been sent to United States District Judge James M. Moody. Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. An original and one copy of your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of the findings and recommendations. The copy will be furnished to the opposing party. Failure to file timely objections may result in waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or additional evidence, and to have a hearing for this purpose before the District Judge, you must, at the same time that you file your written objections, include the following:

1. Why the record made before the Magistrate Judge is inadequate.

2. Why the evidence proffered at the hearing before the District Judge (if such a hearing is granted) was not offered at the hearing before the Magistrate Judge.

3. The detail of any testimony desired to be introduced at the hearing before the District Judge in the form of an offer of proof, and a copy, or the original, of any documentary or other non-testimonial evidence desired to be introduced at the hearing before the District Judge.

From this submission, the District Judge will determine the necessity for an additional evidentiary hearing, either before the Magistrate Judge or before the District Judge.

Mail your objections and "Statement of Necessity" to:

Clerk, United States District Court
Eastern District of Arkansas
600 West Capitol Avenue, Suite A149
Little Rock, AR 72201-3325

## DISPOSITION

Plaintiffs Matt Ring and John Huggins, who are currently held at the Van Buren County Jail, filed a *pro se* complaint on January 22, 2014. The $400.00 filing and administrative fees were not paid, and neither Plaintiff filed an application for leave to proceed *in forma pauperis*. On January 23, 2014, the Court entered an order directing Plaintiffs to pay the full filing and administrative fees, or to each file an application for leave to proceed *in forma pauperis* (docket entry #2). That same order also directed each Plaintiff to file an amended complaint, and warned Plaintiffs that their failure to comply within 30 days would result in the recommended dismissal of his complaint. More than 30 days have passed, and neither Plaintiff has paid the filing and docketing fees, filed an application for leave to proceed *in forma pauperis*, filed an amended complaint, or otherwise responded to the order. Under these circumstances, the Court concludes that Plaintiffs' complaint should be dismissed for failure to pay the filing and docketing fees, failure to comply with Local Rule 5.5(c)(2), and failure to comply with the Court's order. *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (District courts have inherent power to dismiss *sua sponte* a case for failure to

prosecute, and exercise of that power is reviewed for abuse of discretion).

IT IS THEREFORE RECOMMENDED THAT:

1. Plaintiffs' complaint be DISMISSED WITHOUT PREJUDICE for failure to pay the filing and docketing fees, failure to comply with Local Rule 5.5(c)(2), and failure to comply with the Court's order.

2. The Court certify that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this   26   day of February, 2014.

_____
UNITED STATES MAGISTRATE JUDGE