IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

MATT RING *et al.*                                                                                          PLAINTIFFS

V.                                              4:14CV00044 JMM

SCOTT BRADLEY *et al.*                                                                                    DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1. Plaintiffs' complaint is DISMISSED WITHOUT PREJUDICE for failure to pay the filing and docketing fees, failure to comply with Local Rule 5.5(c)(2), and failure to comply with the Court's order.

2. The Court certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 19th day of March, 2014.

_____
UNITED STATES DISTRICT JUDGE